**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7013**

———————

EL SHADDAI MASADA,

Plaintiff - Appellant,

versus

RICKY HARRISON, Warden of Kershaw Correctional
Institution; MITCH LUCAS, Mayor of Town of
Kershaw,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Terry L. Wooten, District Judge.
(CA-00-2887-7-25BG)

———————

Submitted:  August 15, 2002          Decided:  August 26, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

El Shaddai Masada, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

El Shaddai Masada appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Masada v. Harrison, No. CA-00-2887-7-25BG (D.S.C. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED